COPY

ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
KEITH D. YANDELL (BAR NO. 233146)
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: kyandell@allenmatkins.com

JOSI KENNON SWONETZ (BAR NO. 260575)
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: jswonetz@allenmatkins.com

Attorneys for Defendant
WELLS FARGO BANK, N.A., erroneously sued
as WELLS FARGO HOME MORTGAGE, a
division of Wells Fargo Bank, N.A.

FILED
CLERK, U.S. DISTRICT COURT
DEC 30 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NICK M. MARTINEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>WELLS FARGO HOME MORTGAGE, a division of Wells Fargo Bank, N.A.; a business entity form unknown; NDEX WEST, LLC; a business entity form unknown; and DOES 1-100, inclusive,<br><br>   Defendants. | Case No. CV13-9547 SJO(JCtx)<br><br>CERTIFICATE OF SERVICE |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

813549.01/SD

1    I am employed in the County of San Diego, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 501 West Broadway, 15th Floor, San Diego, California 92101-3541.

2    On December 30, 2013, I served the within document(s) described as:

- **NOTICE OF REMOVAL OF DEFENDANT WELLS FARGO BANK, N.A. [DIVERSITY JURISDICTION]**
- **CIVIL CASE COVER SHEET**
- **CERTIFICATE OF INTERESTED PERSONS BY DEFENDANT WELLS FARGO BANK, N.A.**
- **NOTICE OF RELATED CASES**
- **NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

on the interested parties in this action as stated below:

| | |
|---|---|
| Joseph R. Manning, Jr., Esq.<br>Manning Law Office, APC<br>4667 MacArthur Boulevard, Suite 150<br>Newport Beach, CA 92660<br>Phone: (949) 200-8755<br>Fax: (866) 843-8308<br>info@manninglawoffice.com | Attorneys for Plaintiff<br>**Served via U.S. Mail** |

☒   **BY MAIL:** I placed a true copy of the document in a sealed envelope or package addressed as indicated above on the above-mentioned date in San Diego, California for collection and mailing pursuant to the firm's ordinary business practice. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on December 30, 2013, at San Diego, California.

Kimberly K. Parke, CCLS
(Type or print name)

*(Signature of Declarant)*

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

813549.01/SD                                  -2-